**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

(State)

Case number *(if known)*: _____   Chapter _11_

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's Name** | **Seadrill Americas, Inc.** | |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | **N/A** | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | **20-8468993** | |

4. **Debtor's address**

**Principal place of business**

**11210 Equity Drive**
Number        Street

**Suite 150**

**Houston, TX 77041**
City                                 State     Zip Code

County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State     Zip Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State     Zip Code

5. **Debtor's website** (URL)   **http://www.seadrill.com/**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Seadrill Americas, Inc.       Case number *(if known)* _____
     Name

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2111 Oil and Gas Extraction**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____ When _____ Case number _____
                        MM/DD/YYYY

           District _____ When _____ Case number _____
                        MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor    **See Rider 1**        Relationship **Affiliate**

          District    **Southern District of Texas**

                                                  When    **09/12/2017**

          Case number, if known _____           MM / DD / YYYY

| Debtor | Seadrill Americas, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | *Name* | | | |

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | Number | Street |
|---|---|---|
| | City | State   Zip Code |

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors (on a consolidated basis)**

☐ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199       ☒ 10,001-25,000    ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets (on a consolidated basis)**

☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☒ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor     Seadrill Americas, Inc.                 Case number *(if known)*
         Name

| **16. Estimated liabilities (on a consolidated basis)** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☒ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on     **09/12/2017**
            MM/ DD / YYYY

✗    **/s/ Mark Morris**                   **Mark Morris**
     Signature of authorized representative of debtor         Printed name

     Title    **Authorized Signatory**

| **18. Signature of attorney** | ✗    **/s/ Matthew D. Cavenaugh**        Date    **09/12/2017** |
|---|---|
| |      Signature of attorney for debtor             MM/ DD/YYYY |

     **Matthew D. Cavenaugh**
     Printed name

     **Jackson Walker L.L.P.**
     Firm name

     **1401 McKinney Street, Suite 1900**
     Number             Street

     **Houston**                            **Texas**        **77010**
     City                               State        ZIP Code

     **(713) 752-4200**                 **mcavenaugh@jw.com**
     Contact phone                  Email address

     **24062656**                        **Texas**
     Bar number                     State

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case</strong>:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
</table>

| | |
|---|---|
| **Fill in this information to identify the case**: | |
| United States Bankruptcy Court for the: | |
| Southern District of Texas | |
| (State) | |
| Case number *(if known)*: _____   Chapter ___11___ | |

☐ Check if this is an
amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Seadrill Limited.

| Chapter 11 Debtors | | |
|---|---|---|
| Seadrill Limited | Seadrill Carina Ltd. | Seadrill Newfoundland Operations Ltd. |
| Eastern Drilling AS | Seadrill Castor Ltd. | Seadrill Nigeria Operations Ltd. |
| North Atlantic Alpha Ltd. | Seadrill Castor Pte. Ltd. | Seadrill Offshore AS |
| North Atlantic Crew AS | Seadrill Cressida Ltd. | Seadrill Offshore Malaysia Sdn. Bhd. |
| North Atlantic Crewing Ltd. | Seadrill Deepwater Charterer Ltd. | Seadrill Offshore Nigeria Limited |
| North Atlantic Drilling Ltd. | Seadrill Deepwater Crewing Ltd. | Seadrill Operations de Mexico, S. de R.L. de C.V. |
| North Atlantic Drilling UK Ltd. | Seadrill Deepwater Units Pte. Ltd. | Seadrill Orion Ltd. |
| North Atlantic Elara Ltd. | Seadrill Dorado Ltd. | Seadrill Pegasus (S) Pte. Ltd. |
| North Atlantic Epsilon Ltd. | Seadrill Draco Ltd. | Seadrill Prospero Ltd. |
| North Atlantic Linus Charterer Ltd. | Seadrill Eclipse Ltd. | Seadrill Saturn Ltd. |
| North Atlantic Management AS | Seadrill Eminence Ltd. | Seadrill Servicos de Petroleo Ltda |
| North Atlantic Navigator Ltd. | Seadrill Far East Limited | Seadrill Telesto Ltd. |
| North Atlantic Norway Ltd. | Seadrill Freedom Ltd. | Seadrill Tellus Ltd. |
| North Atlantic Phoenix Ltd. | Seadrill GCC Operations Ltd. | Seadrill Tucana Ltd. |
| North Atlantic Support Services Limited | Seadrill Gemini Ltd. | Seadrill UK Ltd. |
| North Atlantic Venture Ltd. | Seadrill Global Services Ltd. | Sevan Brasil Ltd. |
| Scorpion Drilling Ltd. | Seadrill Gulf Operations Neptune LLC | Sevan Driller Ltd. |
| Scorpion Intrepid Ltd. | Seadrill Indonesia Ltd. | Sevan Drilling Limited (UK) |
| Scorpion Servicos Offshore Ltda | Seadrill International Resourcing DMCC | Sevan Drilling Limited (Bermuda) |
| Scorpion Vigilant Ltd. | Seadrill Jack Up Holding Ltd. | Sevan Drilling North America LLC |
| Sea Dragon de Mexico S. de R.L. de C.V. | Seadrill Jack Up I B.V. | Sevan Drilling Pte. Ltd. |
| Seadrill Abu Dhabi Operations Limited | Seadrill Jack Up II B.V. | Sevan Drilling Rig II AS |
| Seadrill Americas, Inc. | Seadrill Jupiter Ltd. | Sevan Drilling Rig II Pte. Ltd. |
| Seadrill Angola, Lda. | Seadrill Labuan Ltd. | Sevan Drilling Rig V AS |
| Seadrill Aquila Ltd. | Seadrill Libra Ltd. | Sevan Drilling Rig V Pte. Ltd. |
| Seadrill Ariel Ltd. | Seadrill Management (S) Pte. Ltd. | Sevan Drilling Rig VI AS |
| Seadrill Brunei Ltd. | Seadrill Management AME Ltd. | Sevan Louisiana Hungary Kft. |
| Seadrill Callisto Ltd. | Seadrill Management Ltd. | Sevan Marine Servicos de Perfuracao Ltda |
| Seadrill Capital Spares Pool AS | Seadrill Neptune Hungary Kft. | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL AMERICAS, INC., | ) | Case No. 17-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Seadrill Americas, Inc. | Seadrill Offshore AS | PO Box 110<br>4001 Stavanger<br>Finnestadveien 28<br>4029 Stavanger<br>Norway | 100% |

---

[1]   This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Seadrill Americas, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| | (State) |
| Case number (If known): | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____    List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **09/12/2017** | ☒ **/s/ Mark Morris** |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Mark Morris** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL AMERICAS, INC., | ) | Case No. 17-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Seadrill Offshore AS | 100% |

Fill in this information to identify the case and this filing:

Debtor Name            Seadrill Americas, Inc.

United States Bankruptcy Court for the:                        Southern District of Texas
                                                                                    (State)
Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____        Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 09/12/2017 | ☒ /s/ *Mark Morris* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Mark Morris** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

**Official Form 202**                     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    Seadrill Limited, *et al.*

United States Bankruptcy Court for the:     Southern District of Texas

Case number *(If known):* _____     (State)

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| | | | | | colspan: Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| 1 | DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES 60 WALL STREET MS NYC60-2710 NEW YORK, NY 10005 UNITED STATES | Name: John Cryan, CEO Phone: +1 212 250 2500 Fax: +1 732 578 4635 | UNSECURED BOND DEBT | | | | $843,000,000 |
| 2 | DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES 100 PLAZA ONE MAILSTOP JCY03-0699 JERSEY CITY, NJ 07311 UNITED STATES | Name: John Cryan, CEO Phone: +1 212 250 2500 Fax: +1 732 578 4635 | UNSECURED BOND DEBT | | | | $479,000,000 |
| 3 | DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES 60 WALL STREET MS NYC60-1630 NEW YORK, NY 10005 UNITED STATES | Name: John Cryan, CEO Phone: +1 212 250 2500 Fax: +1 732 578 4635 | UNSECURED BOND DEBT | | | | $413,000,000 |
| 4 | NORDIC TRUST ASA - NOK 1.8BN SENIOR UNSECURED HAAKON VII GATE 1 OSLO N-0161 NORWAY | Name: Erik Marín-Andresen Phone: +47 22 87 94 09 Email: mail@nordictrustee.no | UNSECURED BOND DEBT | | | | $210,000,000 |
| 5 | NORDIC TRUST ASA - NOK 1.5BN SENIOR UNSECURED HAAKON VII GATE 1 OSLO N-0161 NORWAY | Name: Erik Marín-Andresen Phone: +47 22 87 94 09 Email: mail@nordictrustee.no | UNSECURED BOND DEBT | | | | $165,000,000 |
| 6 | NORDIC TRUST ASA - SEK 1.5BN SENIOR UNSECURED HAAKON VII GATE 1 OSLO N-0161 NORWAY | Name: Erik Marín-Andresen Phone: +47 22 87 94 09 Email: mail@nordictrustee.no | UNSECURED BOND DEBT | | | | $165,000,000 |

[2] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 7 | DAEWOO SHIP & MARINE ENGINEERING (DSME) - WEST AQUILA & WEST LIBRA 3370 GEOJE-DAERO GEOJE-SI GYEONGSANGNAM-DO KOREA, REPUBLIC OF | Name: Sung Leep Jung, CEO & President Phone: 02 2129 0114 | CONTRACT CLAIM | C | | | $909,500,000 |
| 8 | SAMSUNG HEAVY INDUSTRIES (SHI) - DRACO AND DORADO 23 PANGYO-RO 227 BEON-GIL BUNDANG-GU SEONGNAM-SI GYEONGGI-DO (13486) KOREA, REPUBLIC OF | Name: Dae-young Park, President & CEO Phone: 82-31-5171-7000 | CONTRACT CLAIM | C | | | $728,000,000 |
| 9 | ABN AMRO BANK N.V., SINGAPORE BRANCH (SAPURA RUBI BANK DEBT ($780M LOAN)) 80 RAFFLES PLACE #10-20 SINGAPORE 048583 SINGAPORE | Name: Erwin de Villeneuve Phone: +65 6539 4788 Email: erwin.de.villeneuve@sg.abnamro.com | GUARANTEE | C | | | $126,655,510 |
| 10 | ABN AMRO BANK N.V., SINGAPORE BRANCH (SAPURA JADE BANK DEBT ($780M LOAN)) 80 RAFFLES PLACE #10-20 SINGAPORE 048583 SINGAPORE | Name: Erwin de Villeneuve Phone: +65 6539 4788 Email: erwin.de.villeneuve@sg.abnamro.com | GUARANTEE | C | | | $122,114,347 |
| 11 | ABN AMRO BANK N.V., SINGAPORE BRANCH (SAPURA ONIX BANK DEBT ($780M LOAN)) 80 RAFFLES PLACE #10-20 SINGAPORE 048583 SINGAPORE | Name: Erwin de Villeneuve Phone: +65 6539 4788 Email: erwin.de.villeneuve@sg.abnamro.com | GUARANTEE | C | | | $118,684,570 |
| 12 | ABN AMRO BANK N.V., SINGAPORE BRANCH (SAPURA DIAMANTE BANK DEBT ($543M LOAN)) ONE RAFFLES QUAY SOUTH TOWER LEVEL 26 #10-20 SINGAPORE 048583 SINGAPORE | Name: Erwin de Villeneuve Phone: +65 6539 4788 Email: erwin.de.villeneuve@sg.abnamro.com | GUARANTEE | C | | | $112,419,717 |
| 13 | ABN AMRO BANK N.V., SINGAPORE BRANH (SAPURA TOPAZIO BANK DEBT ($543M LOAN)) 80 RAFFLES PLACE #10-20 SINGAPORE 048583 SINGAPORE | Name: Erwin de Villeneuve Phone: +65 6539 4788 Email: erwin.de.villeneuve@sg.abnamro.com | GUARANTEE | C | | | $105,778,996 |
| 14 | SWEDBANK Landsvägen 40 172 63 Sundbyberg 105 34 STOCKHOLM 8901-1 SWEDEN | Name: Birgitte Bonnesen, President and CEO Phone: 46 8 5859 00 00 Fax: 46 8 796 80 92 | SWAP LIABILITY | C | | | $61,810,000 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
|---|---|---|---|---|---|---|---|
| 15 | NORDEA BANK AB, LONDON BRANCH ATTN: MIKE SHEPPARD & ANDREW SEARLE 8TH FLOOR, CITY PALACE HOUSE 55 BASINGHALL STREET LONDON EC2V 5NB UNITED KINGDOM | Name: Mike Sheppard & Andrew Searle Phone: 44 020 7726 9248 Fax: 44 020 7726 9102 | SWAP LIABILITY | C | | | $57,358,000 |
| 16 | DANSKE BANK A/S HOLMENS KANAL 2-12 KOBENHAVN K DK-1092 DENMARK | Name: Thomas F. Borgen, CEO Phone: +45 33 44 00 00 Email: danskebank@danskenbank.dk | SWAP LIABILITY | C | | | $52,111,000 |
| 17 | DNB BANK ASA ATTN: RUNE BJERKE, CEO DRONNING EUFEMIAS GATE 30 OSLO 0191 NORWAY | Name: Rune Bjerke, CEO Phone: 47 48014249 Fax: 47 24050401 | SWAP LIABILITY | C | | | $44,254,000 |
| 18 | SKANDINAVISKA ENKILDA BANKEN AB KUNGSTRADGARDSGATAN 8 SE-106 40 STOCKHOLM SWEDEN | Name: John Torgeby, President and CEO Phone: +46 771 62 10 00 | SWAP LIABILITY | C | | | $34,567,000 |
| 19 | ABN AMRO BANK N.V. ATTN: AGENCY SYNDICATED LOANS GUSTAV MAHLERLAAN 10 AMSTERDAM 1082 PP THE NETHERLANDS | Name: Kees van Dijkhuizen, CEO Phone: 0900-0024 Fax: 31 20 628  6985 | SWAP LIABILITY | C | | | $11,548,000 |
| 20 | THERLIUM INDUSTRIAS Y LOGISTICA S.A. AVE. PPAL LECHERIA CE PINEDA AND PINEDA PISO 5 LECHERIA 6001 VENEZUELA | Name: President or General Counsel Phone: +4248602524 | TRADE | | | | $3,761,522 |
| 21 | DRIL-QUIP (EUROPE) LTD. 100 STONEYWOOD PARK DYCE ABERDEEN AB21 7DZ UNITED KINGDOM | Name: Blake DeBerry, President & CEO Phone: +44 1224 727000 Fax: +44 1224 727 070 | TRADE | | | | $1,573,967 |
| 22 | SODEXO REMOTE SITES PARTNERSHIP 9801 WASHINGTON BLVD GAITHERSBURG, MD 20878 UNITED STATES | Name: President or General Counsel Phone: 301 987 4000 | TRADE | | | | $1,477,882 |
| 23 | SMEDVIG LOKKEVEIEN 103 STAVANGER N-4004 NORWAY | Name: President or General Counsel Phone: +47 51 50 96 00 | TRADE | | | | $680,004 |
| 24 | ATP UK LTD RIVERCASTLE HOUSE 10 LEAKE STREET LONDON SE1 7NN UNITED KINGDOM | Name: President or General Counsel Phone: 0044 207 111 8500 | TRADE | | | | $501,343 |
| 25 | DET NORSKE VERITAS (CANADA) LTD 121 KELSEY DRIVE ST JOHN'S, NL A1B 0L2 CANADA | Name: President or General Counsel Phone: 1 709 733 3131 | TRADE | | | | $493,935 |
| 26 | DNB LIVSFORSIKRING ASA DRONNING EUFEMIAS GATE 30 OSLO 0191 NORWAY | Name: President or General Counsel Phone: +47 915 03000/04800/07700 | TRADE | | | | $487,916 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 27 | PORT LOGISTIC AGENCIA MARITIMA LTDA AV. VENEZUELA 27 10º ANDAR CENTRO RIO DE JANEIRO-RJ 20081 311 BRAZIL | Name: President or General Counsel Phone: +55 21 2516 3218 Email: ops.vix@port-logistic.com | TRADE | | | | $476,429 |
| 28 | PENSJONSTRYGDEN FOR SJØMENN POSTBOKS 8143 DEP. OSLO 33 NORWAY | Name: President or General Counsel Phone: 22 35 89 00 | TRADE | | | | $372,274 |
| 29 | ALGOSAIBI SERVICES COMPANY LIMITED PO BOX 4131 DAMMAM 31491 SAUDI ARABIA | Name: Jeffrey J.D. Thomas Phone: (+966-3)847-4444 Fax: (+966-3)847-1854 Email: jthomas@algosaibi.com.sa | TRADE | | | | $360,846 |
| 30 | GENERAL ELECTRIC COMPANY 41 FARNSWORTH STREET BOSTON, MA 02210 UNITED STATES | Name: President or General Counsel Phone: (617) 443-3000 | TRADE | | | | $356,241 |
| 31 | NATIONAL OILWELL VARCO L.P 10353 RICHMOND AVE HOUSTON, TX 77042-4200 UNITED STATES | Name: President or General Counsel Phone: 713 346 7500 | TRADE | | | | $324,717 |
| 32 | BANCO CITIBANK S.A. AV. PAULISTA 1111 BELA VISTA SAO PAULO-SP 01311-920 BRAZIL | Name: President or General Counsel Phone: +55 11 4009-2536 | TRADE | | | | $317,296 |
| 33 | IBM UNITED KINGDOM LTD PO BOX 41 NORTH HARBOUR PORTSMOUTH HAMPSHIRE P06 3AU UNITED KINGDOM | Name: President or General Counsel Phone: +44 (0) 23 92 56 1000 | TRADE | | | | $293,056 |
| 34 | SONILS LDA RUA 6 I.L. BOAVISTA LUANDA ANGOLA | Name: President or General Counsel Phone: +244 222 670400 | TRADE | | | | $287,014 |
| 35 | RIGNET, INC. 15115 PARK ROW SUITE 300 HOUSTON, TX 77084 UNITED STATES | Name: President or General Counsel Phone: (281) 674-0100 Fax: (281) 674-0101 | TRADE | | | | $282,276 |
| 36 | ALP MARITIME SERVICE B.V. MAASTOREN 40TH FLOOR WILHELMINAKADE 01 ROTTERDAM 3072AP THE NETHERLANDS | Name: President or General Counsel Phone: + 31 10 290 65 55 Fax: +31 1- 290 65 50 | TRADE | | | | $265,000 |
| 37 | CAMERON USA 6401 W SAM HOUSTON PARKWAY N HOUSTON, TX 77041 UNITED STATES | Name: President or General Counsel Phone: (713) 680-9659 | TRADE | | | | $241,290 |
| 38 | PENTAGON FREIGHT SERVICES, INC. 1211 E. RICHEY RD. HOUSTON, TX 77073 UNITED STATES | Name: President or General Counsel Phone: +1 281 209 8800 | TRADE | | | | $213,463 |
| 39 | AMOSCO 18 NWUKE ST PORT HARCOURT NIGERIA | Name: President or General Counsel Phone: (+234) 803 339 5241 | TRADE | | | | $209,478 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured Claim |
| 40 | INTERNATIONAL SOS (MALAYSIA) SDN BHD. B-15, MENARA NU 203 JALAN TUN SAMBANTHAN KUALA LUMPUR SENTRAL KUALA LUMPUR 50470 MALAYSIA | Name: President or General Counsel Phone: +603 2787 3000 Fax: +603-2787 3030 | TRADE | | | | $205,899 |
| 41 | TENERIFE SHIPYARDS S.A PRIMERA ALINEACION DIQUE DEL ESTE SANTA CRUZ DE TENERIFE 38180 SPAIN | Name: President or General Counsel Phone: +34 922 10 49 82 | TRADE | | | | $192,226 |
| 42 | EM&I (TRADING) LTD 38 EMANUEL SCHEMBRI STREET BIRKIRKARA BKR 1810 MALTA | Name: President or General Counsel Phone: +356 2010 6700 | TRADE | | | | $191,327 |
| 43 | DRAMMENSVEIEN 288 AS. C/O KLP EIENDOM OSLO AS POSTBOKS 400 SENTRUM OSLO NORWAY | Name: President or General Counsel Phone: 55 54 85 00 | TRADE | | | | $186,569 |
| 44 | IDTV DIGITAL DWC-LLC DWC BUSINESS CENTER DUBAI AVIATION CITY LOGISTICS CITY DUBAI 390667 UNITED ARAB EMIRATES | Name: President or General Counsel Phone: +971 509 819 198 | TRADE | | | | $173,759 |
| 45 | KELVIN CATERING SERVICES (EMIRATES) LLC PO BOX 3210, 20TH STREET ABU DHABI 3210 UNITED ARAB EMIRATES | Name: President or General Counsel Phone: +971 58 885 2406 | TRADE | | | | $173,566 |
| 46 | LOUISIANA MACHINERY CO.,L.L.C. 3799 WEST AIRLINE HWY RESERVE, LA 70084-0536 UNITED STATES | Name: President or General Counsel Phone: 866-843-7440 Fax: 985-536-4549 | TRADE | | | | $167,203 |
| 47 | NOVAGEST-SERVICOS E GESTAO S.A. VIA S10, EDIFICIO 'MARIMBA' - TALATONA LUANDA SUL LUANDA ANGOLA | Name: President or General Counsel Phone: (+244) 222 016 860/1/2 | TRADE | | | | $152,306 |
| 48 | SONIMECH LIMITADA RUA 6 IL BOAVISTA, SONILS OSC LUANDA ANGOLA | Name: President or General Counsel Phone: +244 939 751 533 | TRADE | | | | $152,125 |
| 49 | BRADESCO SAUDE RUA BARAO DE ITAPAGIPE 225 RIO COMPRIDO RIO DE JANEIRO 20261-901 BRAZIL | Name: President or General Counsel Phone: (21) 2569-5317 | TRADE | | | | $151,016 |
| 50 | AMERICAN PETROLEUM INSTITUTE 1220 L STREET, NW WASHINGTON, DC 20005 UNITED STATES | Name: President or General Counsel Phone: 202-682-8000 | TRADE | | | | $150,000 |

Fill in this information to identify the case and this filing:

Debtor Name      Seadrill Limited, *et al.*

United States Bankruptcy Court for the:      Southern District of Texas

(State)

Case number (If known):

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    Amended Schedule

☒    *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐    Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **09/12/2017** | ☒ */s/ Mark Morris* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Mark Morris** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**PASSED RESOLUTION OF THE BOARD OF**
**SEADRILL AMERICAS, INC.**

September 7, 2017

A director of the above listed entity (the "**Company**") previously authorized and appointed (each such director, an "**Authorized Director**") by the Company's board of directors (the "**Board**") to consider (i) entry into that certain restructuring support agreement, investment agreement and/or any other agreements, certificates, instruments, powers of attorney, letters, forms transfer, deeds and other documents in furtherance of a restructuring transaction or series of transactions by which the Company would restructure its debt obligations and other liabilities, and (ii) the filing of a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. for the Company, and if applicable, local proceedings for the Company, pursuant to applicable law and in accordance with the requirements of the Company's governing documents and applicable law ((i) and (ii) together, the "**Restructuring Matters**"), has reviewed and considered certain materials presented by the management of the Company and the Company's financial and legal advisors, including, but not limited to, materials regarding the liabilities and obligations of the Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Company's business, and has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company and it was therefore **RESOLVED THAT**:

1.      **RESTRUCTURING DOCUMENTS**

   A.  The Authorized Director has determined that it is in the best interest of the Company, its creditors, and other parties in interest for the Authorized Director to authorize the Company to enter into that certain restructuring support agreement (the "**Restructuring Support Agreement**") by and among the Company, certain of its affiliates, certain consenting creditors, and certain consenting parties substantially in the form presented to the Authorized Director on or in advance of the date hereof;

   B.  The Authorized Director acknowledges and believes that the Restructuring Support Agreement is procedurally and substantively fair to the Company as contemplated by applicable law and the Company's governing documents, to the extent applicable;

   C.  The Authorized Director or any persons previously authorized and appointed to act as signatory on behalf of the Company in respect of the Restructuring Matters (each, an "**Authorized Person**"), acting alone or with one or more other Authorized Persons be, and hereby are, authorized and empowered to enter on behalf of the Company into the Restructuring Support Agreement with such changes and in such form as the Authorized Person or Authorized Persons executing the same shall in his or their absolute discretion deem appropriate;

   D.  The Authorized Director has determined that it is in the best interest of the Company, its creditors, and other parties in interest for the Authorized Director to authorize the Company to enter into that certain investment agreement (the "**Investment Agreement**") by and among the Company, certain of its affiliates, certain commitment parties in the form presented to the Authorized Director on or in advance of the date hereof and to authorize the payment of certain fees in connection therewith;

E.   The Authorized Director acknowledges and believes that the Investment Agreement is procedurally and substantively fair to the Company as contemplated by applicable law and the Company's governing documents, to the extent applicable;

F.   Any Authorized Person, acting alone or with one or more other Authorized Persons be, and hereby are, authorized and empowered to enter on behalf of the Company into the Investment Agreement with such changes and in such form as the Authorized Person or Authorized Persons executing the same shall in his or their absolute discretion deem appropriate;

G.   That each of the Authorized Persons, acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and empowered to enter on behalf of the Company into a restructuring transaction or series of restructuring transactions by which the Company will restructure its debt obligations and other liabilities, including but not limited to the restructuring transactions as described in the Restructuring Support Agreement and the Investment Agreement (collectively, the "**Restructuring Transactions**");

H.   Each of the Authorized Persons, acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute (under the common seal of the Company, if appropriate), acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents in furtherance of the Restructuring Transactions to which the Company is or will be a party, including, but not limited to, the Restructuring Support Agreement, the Investment Agreement, and the Equity Commitment Letters (collectively, the "**Restructuring Documents**"), to incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions and modifications thereto as the Authorized Persons executing the same shall, in their absolute discretion approve, such approval to be conclusively evidenced by such Authorized Person's and/or officer's execution and delivery thereof; and

I.   Each of the Authorized Persons be, acting alone or with one or more other Authorized Persons, and hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company to take any and all actions to (i) obtain approval by a court of competent jurisdiction or any other regulatory or governmental entity of the Restructuring Documents in connection with the Restructuring Transactions, and (ii) obtain approval by any court of competent jurisdiction or any other regulatory or governmental entity of any Restructuring Transactions.

2.   **VOLUNTARY PETITION FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF**

A.   In the judgment of the Authorized Director it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief (the "**Bankruptcy Petitions**") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "**Bankruptcy Code**") for the Company and any of its subsidiaries, any applicable foreign ancillary proceedings for the Company; and, in accordance with the requirements in the Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petitions and the foreign ancillary proceedings, if any; and

B.  Each of the Authorized Persons, officers of the Company, and/or any persons to whom such Authorized Persons and/or officers delegate certain responsibilities, be, and hereby are, authorized to execute (under the common seal of the Company, if appropriate) and file on behalf of the Company and its subsidiaries all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of the Company's or any of its subsidiary's businesses.

**3.  RETENTION OF PROFESSIONALS**

A.  Each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to employ: (i) the law firm of Kirkland & Ellis LLP as general bankruptcy counsel, (ii) the law firm of Jackson Walker L.L.P. as co-bankruptcy counsel**,** (iii) the law firm of Slaughter and May as co-corporate counsel, (iv) the law firm of Conyers Dill & Pearman Limited as co-corporate counsel, (v) the law firm of Advokatfirmaet Thommessen AS as co-corporate counsel, (vi) Houlihan Lokey as financial advisor, (vii) Alvarez & Marsal as restructuring advisor, (viii) Prime Clerk LLC as notice and claims agent, and (ix) any other legal counsel, accountants, financial advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Persons, be, and hereby are authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute (under the common seal of the Company, if appropriate) appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

B.  Each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to execute (under the common seal of the Company, if appropriate) and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute (under the common seal of the Company, if appropriate) such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these resolutions.

**4.  USE OF CASH COLLATERAL**

A.  To the extent applicable to the Company, in the judgment of the Authorized Director, it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, to obtain the benefits from the use of cash collateral (as such term is defined in section 363(a) of the Bankruptcy Code), which is security for certain of the Company's prepetition secured lenders under certain credit facilities by and among the Company, and the guarantors party thereto, the lenders party thereto (the "**Prepetition Secured Lenders**);

B.  To the extent applicable to the Company, the Authorized Persons be, and hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company to seek approval of the use of cash collateral pursuant to a cash collateral order in interim and final form (a "**Cash Collateral Order**"), and, to the extent applicable to the Company, any Authorized Person be, and hereby is, authorized, empowered, and directed to negotiate, execute (under the common seal of the Company, if appropriate), and deliver any and all agreements, instruments, or documents,

by or on behalf of the Company, necessary or advisable to implement the Cash Collateral Order, including providing for adequate protection to the Prepetition Secured Lenders in accordance with section 363 of the Bankruptcy Code, as well as any additional or further agreements for the use of cash collateral in connection with the Company's chapter 11 cases, which agreement(s) may require the Company to grant adequate protection and security interests to the Prepetition Secured Lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person in his absolute discretion approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

C.  Each of the Authorized Persons be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to execute (under the common seal of the Company, if appropriate) and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Cash Collateral Order or to do such other things which shall in his/her absolute discretion be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his or their execution thereof; and

## 5.  FURTHER ACTIONS AND PRIOR ACTIONS

A.  The Company is hereby authorized to authorize (the Company hereby authorizes) any direct or indirect subsidiary of the Company or any entity of which the Company or any subsidiary of such Company is the sole member, general partner, managing member, or equivalent manager, as applicable, to take each of the actions described in these resolutions or any of the actions authorized in these resolutions, and none of the resolutions contained herein, or action taken in furtherance hereto, shall have or cause an adverse effect on any such subsidiary or the Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law);

B.  In addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by the Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute (under hand or under the common seal of the Company if appropriate), acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of the Company relating to the Restructuring Matters;

C.  Each of the Authorized Persons (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any all such other and further action, and to execute (under the common seal of the Company, if appropriate), acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' absolute discretion, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolution adopted herein;

D.  The Authorized Director has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the governing documents of the Company, or hereby waives any right to have received such notice;

E.  All acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board or the Authorized Director, as applicable; and

F.  Any Authorized Director or Authorized Person be, and each of them hereby is, authorized to do all such other acts, deeds and other things as the Company itself may lawfully do, in accordance with its governing documents and applicable law, howsoever arising in connection with the matters above, or in furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution (under hand or common seal, whether or not expressed to be a deed, as may be necessary or appropriate) and delivery of any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents whatsoever as the individual acting may in his/her absolute and unfettered discretion approve, deem or determine necessary, appropriate or advisable, such approval, deeming or determination to be conclusively evidenced by said individual taking such action or the execution thereof.

[Signature pages follow]

By: _____

Name:  Jon Olav Østhus
Title:   Authorized Director