

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

ENTERED
09/13/2017

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, | ) | Case No. 17-60079 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| EASTERN DRILLING AS, | ) | Case No. 17-35367 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC ALPHA LTD., | ) | Case No. 17-60082 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC CREW AS, | ) | Case No. 17-60083 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC CREWING LTD., | ) | Case No. 17-60084 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC DRILLING LTD., | ) | Case No. 17-60080 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC DRILLING UK LTD., | ) | Case No. 17-35368 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC ELARA LTD., | ) | Case No. 17-60085 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC EPSILON LTD., | ) | Case No. 17-60086 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC LINUS CHARTERER LTD., | ) | Case No. 17-60087 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC MANAGEMENT AS, | ) | Case No. 17-35369 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
|         Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC NAVIGATOR LTD., | ) | Case No. 17-60088 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
|         Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC NORWAY LTD., | ) | Case No. 17-60089 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
|         Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC PHOENIX LTD., | ) | Case No. 17-60090 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
|         Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC SUPPORT SERVICES LIMITED, | ) | Case No. 17-60091 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
|         Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTH ATLANTIC VENTURE LTD., | ) Case No. 17-60092 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SCORPION DRILLING LTD., | ) Case No. 17-60093 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SCORPION INTREPID LTD., | ) Case No. 17-60094 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SCORPION SERVICOS OFFSHORE LTDA, | ) Case No. 17-60095 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SCORPION VIGILANT LTD., | ) Case No. 17-60096 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |

4

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEA DRAGON DE MEXICO S. DE R.L. DE C.V., | ) | Case No. 17-60097 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ABU DHABI OPERATIONS LIMITED, | ) | Case No. 17-60098 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL AMERICAS, INC., | ) | Case No. 17-60077 (DRJ) |
| | ) | |
| Tax I.D. No. 20-8468993 | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ANGOLA, LDA, | ) | Case No. 17-60099 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL AQUILA LTD., | ) | Case No. 17-60100 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ARIEL LTD., | ) | Case No. 17-60101 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL BRUNEI LTD., | ) | Case No. 17-60102 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CALLISTO LTD., | ) | Case No. 17-60103 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CAPITAL SPARES POOL AS, | ) | Case No. 17-60104 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CARINA LTD., | ) | Case No. 17-60105 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |

6

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL CASTOR LTD., | ) Case No. 17-60106 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL CASTOR PTE. LTD., | ) Case No. 17-60107 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL CRESSIDA LTD., | ) Case No. 17-60108 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER CHARTERER LTD., | ) Case No. 17-60109 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER CREWING LTD., | ) Case No. 17-60110 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER UNITS PTE. LTD., | ) Case No. 17-60111 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DORADO LTD., | ) Case No. 17-60112 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DRACO LTD., | ) Case No. 17-60113 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL ECLIPSE LTD., | ) Case No. 17-60114 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL EMINENCE LTD., | ) Case No. 17-60115 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL FAR EAST LIMITED, | ) | Case No. 17-60116 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL FREEDOM LTD., | ) | Case No. 17-60117 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL GCC OPERATIONS LTD., | ) | Case No. 17-60118 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL GEMINI LTD., | ) | Case No. 17-60119 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL GLOBAL SERVICES LTD., | ) | Case No. 17-60120 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL GULF OPERATIONS NEPTUNE LLC, | ) Case No. 17-60121 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL INDONESIA LTD., | ) Case No. 17-60122 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL INTERNATIONAL RESOURCING DMCC, | ) Case No. 17-60123 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL JACK UP HOLDING LTD., | ) Case No. 17-60124 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL JACK UP I B.V., | ) Case No. 17-60126 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL JACK UP II B.V., | ) | Case No. 17-60127 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL JUPITER LTD., | ) | Case No. 17-60125 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LABUAN LTD., | ) | Case No. 17-60128 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIBRA LTD., | ) | Case No. 17-60129 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL MANAGEMENT (S) PTE. LTD., | ) | Case No. 17-60130 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL MANAGEMENT AME LTD., | ) Case No. 17-60131 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL MANAGEMENT LTD., | ) Case No. 17-60132 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL NEPTUNE HUNGARY KFT., | ) Case No. 17-60133 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL NEWFOUNDLAND OPERATIONS LTD., | ) Case No. 17-60134 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL NIGERIA OPERATIONS LIMITED, | ) Case No. 17-60135 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL OFFSHORE AS, | ) | Case No. 17-60136 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL OFFSHORE MALAYSIA SDN. BHD., | ) | Case No. 17-60137 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL OFFSHORE NIGERIA LIMITED, | ) | Case No. 17-60138 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL OPERATIONS DE MEXICO, S. DE R.L. DE C.V., | ) | Case No. 17-60139 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ORION LTD., | ) | Case No. 17-60140 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL PEGASUS (S) PTE. LTD., | ) Case No. 17-60141 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
|                   Debtor. | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL PROSPERO LTD., | ) Case No. 17-60142 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
|                   Debtor. | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL SATURN LTD., | ) Case No. 17-60143 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
|                   Debtor. | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL SERVICOS DE PETROLEO LTDA, | ) Case No. 17-60144 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
|                   Debtor. | ) |
| | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL TELESTO LTD., | ) Case No. 17-60145 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
|                   Debtor. | ) |
| | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TELLUS LTD., | ) | Case No. 17-60146 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TUCANA LTD., | ) | Case No. 17-60147 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL UK LTD., | ) | Case No. 17-60148 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN BRASIL LTD., | ) | Case No. 17-60149 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLER LTD., | ) | Case No. 17-60150 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |

15

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEVAN DRILLING LIMITED (BERMUDA), | ) Case No. 17-60081 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEVAN DRILLING LIMITED (UK), | ) Case No. 17-60151 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEVAN DRILLING NORTH AMERICA LLC, | ) Case No. 17-60078 (DRJ) |
| | ) |
| Tax I.D. No. 42-1775072 | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEVAN DRILLING PTE. LTD., | ) Case No. 17-60152 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEVAN DRILLING RIG II AS, | ) Case No. 17-60153 (DRJ) |
| | ) |
| Tax I.D. No. N/A | ) |
| Debtor. | ) |

16

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG II PTE LTD., | ) | Case No. 17-60154 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG V AS, | ) | Case No. 17-60155 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG V PTE LTD., | ) | Case No. 17-60156 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG VI AS, | ) | Case No. 17-60157 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN LOUISIANA HUNGARY KFT., | ) | Case No. 17-60158 (DRJ) |
| | ) | |
| Tax I.D. No. N/A | ) | |
| Debtor. | ) | |

17

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEVAN MARINE SERVICOS DE PERFURACAO LTDA, | ) | Case No. 17-60159 (DRJ) |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

(Docket No. 2)

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the

---

[1]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the motion.

relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 17- 60079 ( DRJ).

Additionally, the following checked items are ordered:

   a.      ☒    One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

   b.      ☒    Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c.      ☒    Other:  See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*,[1] | ) | Case No. 17-60079 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Seadrill Limited:

---

[1]      Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Seadrill Limited Case No. 17-60079; Eastern Drilling AS Case No. 17-35367; North Atlantic Alpha Ltd. Case No. 17-60082; North Atlantic Crew AS Case No. 17-60083; North Atlantic Crewing Ltd. Case No. 17-60084; North Atlantic Drilling Ltd. Case No. 17-60080; North Atlantic Drilling UK Ltd. Case No. 17-35368; North Atlantic Elara Ltd. Case No. 17-60085; North Atlantic Epsilon Ltd. Case No. 17-60086; North Atlantic Linus Charterer Ltd. Case No. 17-60087; North Atlantic Management AS Case No. 17-35369; North Atlantic Navigator Ltd. Case No. 17-60088; North Atlantic Norway Ltd. Case No. 17-60089; North Atlantic Phoenix Ltd. Case No. 17-60090; North Atlantic Support Services Limited Case No. 17-60091; North Atlantic Venture Ltd. Case No. 17-60092; Scorpion Drilling Ltd. Case No. 17-60093; Scorpion Intrepid Ltd. Case No. 17-60094; Scorpion Servicos Offshore Ltda Case No. 17-60095; Scorpion Vigilant Ltd. Case No. 17-60096; Sea Dragon de Mexico S. de R.L. de C.V. Case No. 17-60097; Seadrill Abu Dhabi Operations Limited Case No. 17-60098; Seadrill Americas, Inc. Case No. 17-60077; Seadrill Angola, Lda. Case No. 17-60099; Seadrill Aquila Ltd. Case No. 17-60100; Seadrill Ariel Ltd. Case No. 17-60101; Seadrill Brunei Ltd. Case No. 17-60102; Seadrill Callisto Ltd. Case No. 17-60103; Seadrill Capital Spares Pool AS Case No. 17-60104; Seadrill Carina Ltd. Case No. 17-60105; Seadrill Castor Ltd. Case No. 17-60106; Seadrill Castor Pte. Ltd. Case No. 17-60107; Seadrill Cressida Ltd. Case No. 17-60108; Seadrill Deepwater Charterer Ltd. Case No. 17-60109; Seadrill Deepwater Crewing Ltd. Case No. 17-60110; Seadrill Deepwater Units Pte. Ltd. Case No. 17-60111; Seadrill Dorado Ltd. Case No. 17-60112; Seadrill Draco Ltd. Case No. 17-60113; Seadrill Eclipse Ltd. Case No. 17-60114; Seadrill Eminence Ltd. Case No. 17-60115; Seadrill Far East Limited Case No. 17-60116; Seadrill Freedom Ltd. Case No. 17-60117; Seadrill GCC Operations Ltd. Case No. 17-60118; Seadrill Gemini Ltd. Case No. 17-60119; Seadrill Global Services Ltd. Case No. 17-60120; Seadrill Gulf Operations Neptune LLC Case No. 17-60121; Seadrill Indonesia Ltd. Case No. 17-60122; Seadrill International Resourcing DMCC Case No. 17-60123; Seadrill Jack Up Holding Ltd. Case No. 17-60124; Seadrill Jack Up I B.V. Case No. 17-60126; Seadrill Jack Up II B.V. Case No. 17-60127; Seadrill Jupiter Ltd. Case No. 17-60125; Seadrill Labuan Ltd. Case No. 17-60128; Seadrill Libra Ltd. Case No. 17-60129; Seadrill Management (S) Pte. Ltd. Case No. 17-60130; Seadrill Management AME Ltd. Case No. 17-60131; Seadrill Management Ltd. Case No. 17-60132; Seadrill Neptune Hungary Kft. Case No. 17-60133; Seadrill Newfoundland Operations Ltd. Case No. 17-60134; Seadrill Nigeria Operations Limited Case No. 17-60135; Seadrill Offshore AS Case No. 17-60136; Seadrill Offshore Malaysia Sdn. Bhd. Case No. 17-60137; Seadrill Offshore Nigeria Limited Case No. 17-60138; Seadrill Operations de Mexico, S. de R.L. de C.V. Case No. 17-60139; Seadrill Orion Ltd. Case No. 17-60140; Seadrill Pegasus (S) Pte. Ltd. Case No. 17-60141; Seadrill Prospero Ltd. Case No. 17-60142; Seadrill Saturn Ltd. Case No. 17-60143; Seadrill Servicos de Petroleo Ltda Case No. 17-60144; Seadrill Telesto Ltd. Case No. 17-60145; Seadrill Tellus Ltd. Case No. 17-60146; Seadrill Tucana Ltd. Case No. 17-60147; Seadrill UK Ltd. Case No. 17-60148; Sevan Brasil Ltd. Case No. 17-60149; Sevan Driller Ltd. Case No. 17-60150; Sevan Drilling Limited (Bermuda) Case No. 17-60081; Sevan Drilling Limited (UK) Case No. 17-60151; Sevan Drilling North America LLC Case No. 17-60078; Sevan Drilling Pte. Ltd. Case No. 17-60152; Sevan Drilling Rig II AS Case No. 17-60153; Sevan Drilling Rig II Pte. Ltd. Case No. 17-60154; Sevan Drilling Rig V AS Case No. 17-60155; Sevan Drilling Rig V Pte. Ltd. Case No. 17-60156; Sevan Drilling Rig VI AS Case No. 17-60157; Sevan Louisiana Hungary Kft. Case No. 17-60158; Sevan Marine Servicos de Perfuracao Ltda Case No. 17-60159. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 17-60079 (DRJ).**

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9.      Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order. [**]

**Signed:  September 13, 2017.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**


[**]  Due to the damage caused by Hurricane Harvey and for the convenience of the parties, all hearings will be held in Houston, Texas.  Any party may request a hearing in Victoria.  The Court will do its best to accommodate such a request.